

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00452-CV

| | | |
|---|---|---|
| Sevier Enterprises, Inc. | § | From County Court at Law No. 2 |
| | § | of Denton County (CV-2012-03217) |
| v. | § | November 6, 2014 |
| The Euclid Chemical Company | § | Opinion by Justice McCoy |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Sevier Enterprises, Inc. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bob McCoy_____
    Justice Bob McCoy